**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SORALIZ CARTAGENA and**
**NELSON FIGUEROA, individually**
**and on behalf of their child,**
**J.F., a minor,**

    Plaintiffs,

                              Case No.: 8:21-cv-547-KKM-TGW

v.

**MARIA MARTINO-VILLANUEVA, M.D.,**
**KRYSTA FEE, CNM, WOMEN'S CARE**
**FLORIDA, LLC, and SUNCOAST**
**COMMUNITY HEALTH CENTERS, INC.,**

    Defendants.
_____/

## **PLAINTIFFS' MOTION FOR CASE MANAGEMENT CONFERENCE**

Plaintiffs, by and through their undersigned counsel, hereby file this Motion for Case Management Conference and state as follows:

1. Since June 2, 2021, there have been several motions and responses pending before the Court, which include the following:

    a. Motion to Stay and Compel Arbitration by Plaintiffs filed on April 6, 2021 [Doc. 12];

    b. Motion to Remand to State Court by Plaintiffs filed on April 7, 2021 [Doc. 13];

    c. Motion to Dismiss Complaint by United States of America filed on April 8, 2021 [Doc. 14];and

    d. Motion to Dismiss Complaint by Women's Care Florida, LLC filed on April 20, 2021 [Doc. 24].

2. Plaintiffs would like to conduct a Case Management Conference to obtain guidance on how to proceed while these motions are pending.

3. At present, Plaintiffs are not able to proceed with the claims pursued in this case until rulings are obtained from the Court.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request this Honorable Court set a Case Management Conference to discuss the status of the pending motions.

                        Respectfully Submitted,

                        **JONATHAN T. GILBERT**
                        Attorney for the Plaintiffs

                        By: _/s/ Jonathan T. Gilbert_

## LOCAL RULE 3.01(g) CERTIFICATION

Plaintiffs' counsel, Jonathan T. Gilbert, conferred with Defendant United States' counsel, Assistant United States Attorney, Mamie V. Wise, and with Defendant Women's Care counsel, Carissa Brumby, by email on January 25 and 26. Ms. Wise and Ms. Brumby advised they both oppose the relief sought in this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy on all counsel of record in this case.

                                          */s/ Jonathan T. Gilbert*
                                          **RONALD S. GILBERT, ESQ.**
                                          Florida Bar No.: 375421
                                          **JONATHAN T. GILBERT, ESQ.**
                                          Florida Bar No.: 0064829
                                          Colling Gilbert Wright & Carter, LLC
                                          801 N. Orange Avenue, Suite 830
                                          Orlando, Florida 32801
                                          Telephone: (407) 712-7300
                                          E-mail: rgilbert@thefloridafirm.com
                                          E-mail: jgilbert@thefloridafirm.com
                                          E-mail: certificateofservice@thefloridafirm.com
                                          *Attorneys for Plaintiffs*